IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL BLEICHNER,

                Plaintiff,                ORDER

    v.

                                          08-cv-57-bbc

SPIES PAINTING & DECORATING, INC.
and RONALD SPIES,

                Defendants.

---

      Counsel for plaintiff Michael Bleichner has reported that Bleichner has died. His claim is not extinguished, so counsel intends to move for substitution of Bleichner's representative pursuant to Rule 25(a)(1). Counsel is aware of the 90-day deadline imposed by Rule 25.

      Entered this 20th day of November, 2008.

                                          BY THE COURT:
                                          /s/
                                          STEPHEN L. CROCKER
                                          Magistrate Judge